**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

ZMCC PROPERTIES, L.L.C.,

    Plaintiff,

v.                                                  Case No. 19-12428

PRIMEONE INSURANCE COMPANY,

    Defendant.

_____/

**ORDER SETTING DEADLINE AND TERMS OF MEDIATION AND SCHEDULING A TELEPHONE CONFERENCE**

On May 14, 2020, the court held a telephonic conference to discuss the status of the case. At the conference, the parties informed the court that they intend to engage in mediation with Daniel P. Makarski as the mediator. A date for the mediation is currently set for October 6, 2020, which is subject to change. Accordingly, pursuant to the parties' request,

IT IS ORDERED that the parties are DIRECTED to engage in mediation in good faith on the selected date of mediation, currently set for October 6, 2020. Daniel P. Makarski will serve as the mediator. The process of such mediation shall proceed in a manner directed by the mediator.

IT IS FURTHER ORDERED that the parties shall comply with all preparatory steps required by the mediator in advance of the mediation. As directed by the mediator, the parties shall comply with all requests to produce documents or other information. If the mediator directs that one or more decision-making representatives of the parties personally attend the mediation, the parties shall comply with such directive.

Finally, IT IS ORDERED that the parties shall notify the court of the results of the mediation by in a telephone conference to occur on **October 13, 2020 at 2:00 pm**. The telephone conference may be canceled if the parties notify the court in advance and submit the appropriate case-closing documents.

s/Robert H. Cleland            /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  May 15, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 15, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner            /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\RMK\Civil\19-12428.ZMCC.Mediation.RMK.2.docx