AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Michigan__

ZMCC Properties, LLC

        Plaintiff(s),

V.

PrimeOne Insurance Company

        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-12428-RHC-EAS

Notice is hereby given that, subject to approval by the court, __Defendant__ substitutes
(Party (s) Name)

__David J. Berkal, The Berkal Law Firm, PLLC__, State Bar No. __P39098__ as counsel of record in
(Name of New Attorney)

place of __David J. Berkal, Curley & Berkal, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: David J. Berkal, The Berkal Law Firm, PLLC
Address: 15635 W. 12 Mile Rd., Suite 200, Southfield, MI 48076
Telephone: (248) 552-1900   Facsimile (248) 552-1917
E-Mail (Optional): dberkal@berkallaw.com

I consent to the above substitution.

Date: 6/25/20

(Signature of Party (s))

I consent to being substituted.

Date: 6/25/20

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/25/20

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 1, 2020     s/Robert H. Cleland
                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]