**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

ZMCC PROPERTIES LLC,

    Plaintiff,

v.                                                          Case No. 19-12428

PRIMEONE INSURANCE COMPANY,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

Plaintiff ZMCC Properties LLC brings this action for breach of contract and reformation. (ECF No. 28, PageID.736-47.) Defendant PrimeOne Insurance Co. moves to compel Non-Parties Tom Jajo and Edition BC Owners, LLC, ("Edition") to comply with subpoenas Defendant issued on August 13, 2020, under Federal Rule of Civil Procedure 45. (ECF No. 47; ECF No. 47-2.)

Defendant filed its motion to compel on February 9, 2021. Non-Parties had fourteen days to file a response. *See* E.D. Mich. L.R. 7.1(e)(2)(B). The deadline expired on February 23, 2021, and no response was filed. Defendant's motion is well supported. Non-Parties do not present arguments in opposition, and the motion will be granted. *See* Fed. R. Civ. P. 37(a)(1), (3)(B)(iv).

Defendant seeks attorney fees incurred in filing its motion to compel. It cites Federal Rule of Civil Procedure 45(g):

> The court for the district where compliance is required--and also, after a motion is transferred, the issuing court--may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

The court will order Plaintiff to file a bill of costs and account for its reasonable expenses, including attorney's fees, incurred in the filing of the motions to compel. It will also direct Defendant to file a proposed order for attorney fees under Rule 45(g). Non-Parties will be given the opportunity to file responses. Accordingly,

IT IS ORDERED that Defendant's "Motion to Compel Non-Parties' Compliance with Subpoena" (ECF No. 47) is GRANTED. Non-Parties Jajo and Edition are DIRECTED to produce all documents and information responsive to Defendant's subpoena (ECF No. 47-2) by **April 5, 2021**.

IT IS FURTHER ORDERED that Defendant is DIRECTED to serve Non-Parties Jajo and Edition with this order by **March 16, 2021**.

Finally, IT IS ORDERED that Defendant file a bill of costs and a proposed order by **March 19, 2021**. Non-Parties Jajo and Edition may file responsive briefs by **March 29, 2021**.

                                       s/Robert H. Cleland                    /
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2021, by electronic and/or ordinary mail.

                                       s/Lisa Wagner                           /
                                       Case Manager and Deputy Clerk
                                       (810) 292-6522